UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC. ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE ) NATIONAL SECURITY DIVISION ) ) Defendant. ) ) | Case No: 18-2990 |

**CONSENT MOTION TO EXTEND THE PARTIES' DEADLINE BY WHICH TO FILE THEIR NEXT JOINT STATUS REPORT**

Defendant, through its counsel, respectfully moves the Court to vacate its Minute Order of December 13, 2019, and extend the deadline by which parties must file their next Joint Status Report in this matter from January 24, 2020 to March 11, 2020. Defendant has conferred with Plaintiff, who consents to the relief requested. The grounds for this motion are as follows:

1. This is an action under the Freedom of Information Act ("FOIA"). Plaintiff's FOIA requests seek 16 categories of documents from the U.S. Department of Justice's ("DOJ") National Security Division ("NSD"), related to DOJ's "efforts to investigate and combat unauthorized releases of information." Compl. ¶ 35.

2. In their last Joint Status Report, filed on December 12, 2019, the parties informed the Court that they were continuing to confer regarding one discrete aspect of NSD's response to the FOIA requests. Dkt. No. 13. The parties proposed that Plaintiff send to NSD, no later than December 31, 2019, any remaining questions it had for NSD; that NSD respond to Plaintiff's further inquiries no later than January 10, 2019; and that the parties file a further status report on

or before January 24, 2020. The parties also represented that barring unforeseen circumstances, they would not seek a further extension of the ongoing conferral period. *Id.*

3. On December 13, 2019, the Court adopted the parties' proposal and ordered that the parties file a further status report on or before January 24, 2020.

4. On December 17, 2019, in a good faith effort to resolve this matter, NSD made a discretionary, partial release to Plaintiff of 16 pages of "crime reports charts" from 2007-2011, records that that NSD had previously withheld in full under FOIA Exemption 5. NSD continued to withhold portions of these charts under Exemption 5.

5. Plaintiff sent NSD its further questions, which largely pertained to these crime reports charts, on December 30, 2019.

6. On January 10, 2020, as a result of investigating Plaintiff's questions, NSD discovered that it maintains, on a classified system, other iterations of the crime reports charts in question. These other iterations of the chart are likewise responsive to Part 1 of Plaintiff's FOIA requests. On the same day, NSD reported this discovery to Plaintiff.

7. In light of this discovery, NSD proposes to take the remedial steps of (1) re-processing the iterations of the crime reports charts that it produced, in part, on December 17, 2019, and (2) processing the various additional iterations of the charts it has just discovered on the classified system.

8. NSD requests that it be afforded until February 10, 2020 (*i.e.*, 30 days from January 10, 2020) to take these steps and make a final supplemental production to Plaintiff. NSD further requests that the Court vacate its December 13, 2019 Minute Order, and extend the deadline by which the parties must file their next Joint Status Report to March 11, 2020, in order to afford the parties a 30-day conferral period, following Defendant's final supplemental

production, in which to again attempt to resolve this matter without the need for dispositive motion practice before the Court.

9. Defendant has conferred with Plaintiff, which consents to the requested relief.

10. Defendants avers that its discovery of the additional documents on the classified system constitutes an unforeseen circumstance, not contemplated at the time of the parties' last filing. Additionally, Defendant respectfully asserts that the requested relief is in the interest of judicial economy, in that it will both allow NSD to expeditiously correct its oversight, and afford the parties a final opportunity to resolve this matter without further recourse to the Court's resources.

A proposed order is attached hereto for the convenience of the Court.

Dated: January 14, 2020

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH SHAPIRO
Deputy Branch Director

/s/Antonia Konkoly
Antonia Konkoly Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch 1100 L St.
NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov
*Counsel for the Defendants*

Joint Status Report
Page 3