UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **PROJECT ON GOVERNMENT OVERSIGHT, INC.**  )<br><br>   Plaintiff,  )<br><br>v.  )<br><br>**U.S. DEPARTMENT OF JUSTICE NATIONAL SECURITY DIVISION**  )<br><br>   Defendant.  ) | Case No: 18-2990 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, the Project on Government Oversight, respectfully submits this Stipulation of Dismissal with prejudice of its complaint filed in the above-referenced case pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party to this litigation will be responsible for its own attorney's fees and costs incurred in this litigation.

Respectfully submitted this 10th day of April, 2020.

/s/Ross A. Nabatoff
Ross A. Nabatoff, DC Bar # 376665
LAW OFFICE OF ROSS A. NABATOFF
1440 G Street, N.W.
Washington, D.C. 20005
(202) 650-0037
*Attorney for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH SHAPIRO
Deputy Branch Director

/s/Antonia Konkoly
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for the Defendants*